IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MALESHA BOLES,

    Plaintiff,

v.

SPANISH OAKS HOSPICE, INC.;
SPANISH OAKS RETREAT, INC.;
SPANISH OAKS FOUNDATION,
INC.; SPANISH OAKS
PROPERTIES, LLC; SPANISH OAKS
OF BELLVILLE, LLC; SPANISH
OAKS OF BELLVILLE PROPERTIES,
LLC;

    Defendants.

CASE NO. CV416-323

## ORDER

Before the Court is the parties' Stipulation of Dismissal. (Doc. 45.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of November 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA